**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON EMERGENCY MOTION

Appellate case name:     In re Ramesh Kapur d/b/a AIC Management

Appellate case number:   01-22-00556-CV

Trial court case number: 2019-03530

Trial court:             333rd District Court of Harris County

Date motion filed:       July 28, 2022

Party filing motion:     Relator


It is ordered that the motion for emergency temporary relief is **denied**. *See* TEX. R. APP. P. 52.10.


Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                   ☒ Acting individually

Date: ____August 1, 2022____